

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00804-CV

**LONE STAR BAKERY, INC.** and Lone Star Bakery of San Antonio, Inc.,
Appellants

v.

Tomas **DE LA GARZA,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13819
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

This is an accelerated appeal. Appellee has filed a motion for extension of time to file his brief. We GRANT the motion. Appellee's brief is due February 27, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court